UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA BURDICK, MARYANN MOFFATT AND JANICE McCANNON<br>    Plaintiffs<br>v.<br><br>BENJAMIN MORRIS<br>    Defendant | CASE NUMBER<br><br>JURY TRIAL DEMANDED<br><br>JUNE 1, 2009 |

## COMPLAINT

1. Plaintiffs seek relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. The Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1602k, 28 U.S.C. § 1331 and 28 U.S.C. § 1367.

3. Plaintiff Patricia Burdick is a natural person residing in Niantic, Connecticut.

4. Plaintiff Maryann Moffatt is a natural person residing in Windsor, Connecticut.

5. Plaintiff Janice McCannon is a natural person residing in Avon, Connecticut.

6. Defendant, Benjamin Morris, is a debt collector within the meaning of the FDCPA.

7. On June 3, 2008, Morris mailed each Plaintiff a letter in an effort to collect an alleged debt.

8. Morris owns Cuda & Associates, LLC, which is a company that purchases debts that are in default.

9. Morris falsely stated in his letters to each Plaintiff that Cuda & Associates, LLC had "recently purchased" the alleged debt.

10. Cuda had not purchased Plaintiffs' accounts on or before June 3, 2008 and upon information and belief, Cuda purchased the accounts as part of one portfolio at some point after June 3, 2008.

11. As Cuda had not purchased the accounts on or by the June 3, 2008 letters, the statement by Morris in his letters to each of the Plaintiffs that Cuda had purchased the accounts was false, misleading or otherwise deceptive.

## FIRST COUNT

12. Defendant, it his collection efforts, violated the FDCPA, 15 U.S.C. § 1692e.

13. Morris is liable to Plaintiffs for their damages under the FDCPA.

WHEREFORE, Plaintiffs seek such damages as are permitted by law, both compensatory and punitive, including statutory damages of up to $1,000 for Defendant's violations of the FDCPA with respect to each Plaintiff; costs of suit and a reasonable attorney's fee; declaratory and injunctive relief; and any such other relief as may apply at law or at equity.

PLAINTIFFS, PATRICIA BURDICK, MARYANN MOFFATT AND JANICE McCANNON

By: *[signature]*

Sarah Poriss
Sarah Poriss, Attorney at Law, LLC
PO Box 370131
West Hartford, CT  06137
Ph.  860-593-1758
Fax 866-424-4880
sarahporiss@prodigy.net
Fed. Bar No. 24372